No. 87–159.   OHIO CASUALTY INSURANCE CO. v. DOWNEY SAVINGS & LOAN ASSN.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.   JUSTICE O'CONNOR and JUSTICE KENNEDY would grant certiorari.   JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 87–1150.   BARRY, MAYOR OF THE DISTRICT OF COLUMBIA, ET AL. v. UNITED STATES ET AL.   C. A. D. C. Cir.   Motion of Lawyers' Committee for Civil Rights Under Law et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied.

No. 87–1196.   ATLANTIC RICHFIELD CO. v. NIELSEN.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.   JUSTICE O'CONNOR and JUSTICE KENNEDY would grant certiorari.

No. 87–1518.   FLORIDA v. MORGAN.   Sup. Ct. Fla.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 87–1520.   WILEY v. MISSISSIPPI.   Sup. Ct. Miss.;
No. 87–6472.   BANKS v. OKLAHOMA.   Ct. Crim. App. Okla.;
No. 87–6686.   BELL v. ALABAMA.   Ct. Crim. App. Ala.;
No. 87–6744.   MUSGROVE v. ALABAMA.   Sup. Ct. Ala.; and
No. 87–6758.   COLLIER v. NEVADA.   Sup. Ct. Nev.   Certiorari denied.   Reported below: No. 87–1520, 517 So. 2d 1373; No. 87–6686, 518 So. 2d 840; No. 87–6744, 519 So. 2d 586; No. 87–6758, 103 Nev. 563, 747 P. 2d 225.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.